IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 8:06CR277 |
| ) | |
| vs. ) | ORDER FOR DISMISSAL |
| ) | |
| OSCAR RODRIGUEZ-CISNEROS, ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on the United States' Motion for Dismissal (Filing No. 18).

IT IS HEREBY ORDERED:

1. Leave of Court is granted for the United States to dismiss, without prejudice, the Indictment filed herein as to the Defendant, OSCAR RODRIGUEZ-CISNEROS.

2. The Indictment filed herein is hereby dismissed, without prejudice, as it pertains to the Defendant, OSCAR RODRIGUEZ-CISNEROS.

BY THE COURT:

S/ Laurie Smith Camp
United States District Judge